# MANDELBAUM SALSBURG

MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.
ATTORNEYS AT LAW
FOUNDED IN 1930

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **2 9 MAR 2010**

IRVING MANDELBAUM (1906-1995)

**184 PROSPECT AVENUE**
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600 · FAX (973) 325-7467

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07205
TEL. (908) 353-6764 · FAX (908) 353-8780

MIDDLESEX COUNTY OFFICE
317 GEORGE STREET. SUITE 440
NEW BRUNSWICK, NJ 08901
TEL. (732) 828-0900 · FAX (732) 828-0920

MONMOUTH COUNTY OFFICE
110 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515 · FAX (732) 933-5551

FLORIDA OFFICE
10304 CROSBY PLACE
PORT ST. LUCIE, FL 34986
TEL. (772) 460-6356 · FAX (772) 460-6557
E-Mail: rawlrnerp_eao@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200 · FAX (212) 791-7276

Website: www.magld.com
E-Mail: whealey@msgld.com
ALL REPLIES TO Monmouth County Office
REFERENCE FILE #

BARRY R MANDELBAUM
RICHARD M. SALSBURG'►
AVROM J. GOLD
YALE I. LAZRIS
JOSEPH L DISCENZA+
JOSEPH A. VENA
LYNNE STROBER+
OWEN T HUGHES³
RICHARD L. SLAVITT²►
CHARLES S LORBER
ARTHUR D. GROSSMAN
DEBORAH L GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER²
STEVEN A. HOLY⁴
DENNIS J. ALESSI¹
MARK F KLUGER
WILLIAM H. HEALEY⁴►
JOSEPH J. PETERS
CRAIG W ALEXANDER'
WILLIAM S. BARRETT"
STUART GOLD³►
CHERYL H. BURSTEIN'
ROBIN F LEWIS'
THOMAS W. ACKERMANN²
SHARON T. JACOBSON
DAVID S. CARTON◦
ARLA D. CAHILL'
DAVID A. WARD¹

- COUNSEL -

ALAN L. SUSSMAN¹                    ROSEMARIE DaSILVA¹
LISA FACTOR FOX¹                    DEAN T BENNETT"

- OF COUNSEL -

RICHARD H. STEINBERG²              HON. ROBERT A LONGHI (RET.)
MARK BAUMGARTEN                    MICHAEL SCHLESINGER
JOSEPH T. MURRAY▼                  CHARLES E. BAXLEY▼
GARY C. ANGIULI                    JAMES F. BAXLEY
ALAN B. KATKIN                     ANNAMARIE G. GENTILE

- ASSOCIATES -

MANUEL R. OROVA, JR.               ALONA MAGIDOVA³
DEBORAH A. CONCEPCION              ANDREA L. ALEXANDER⁴
GARY S. POPLASKI¹                  LANCE H. OLITT²
OWEN J. UPNICK²                    PETER K. TANELLA
PHILLIP G. RAY                     CHRISTOPHER M. ERB²
SHARMILA D. IAZZETTI³              CASEY L CARHART²
JUSTIN S. BLACK¹

¹ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
• DESIGNATED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
▲ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL LAW ATTORNEY
►COURT APPOINTED MEDIATOR          ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR            4 MEMBER OF NJ. NY & CA BAR
2 MEMBER OF NJ & FL BAR            5 MEMBER OF NJ. NY & PA BAR
3 MEMBER OF NJ & NY BAR            6 MEMBER OF NJ. NY & D.C. BAR

March 26, 2010

## VIA FACSIMILE (212-805-0426)

The Honorable Laura T. Swain, U.S.D.J.
United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: **Dorn v. Eddington Security, Inc.,** *et al.*
     **Civil Action No. 08-10271 (LTS)(HP)**

Dear Judge Swain:

We represent Defendants Eddington Security, Inc. and Mark Eddington ("Eddington Defendants") We write to advise Your Honor of the status of this action and to request that we use the scheduled conference on April 9, 2010 to discuss issues arising out of the mediation conducted on March 16, 2010 with the Eddington Defendants and Plaintiffs. Please be advised that counsel for Plaintiffs, Justin M. Swartz, Esq. of Outten & Golden, LLP, joins this request.

In particular, on April 9th, we would like to introduce the framework for settlement that was discussed at the mediation between the Eddington Defendants and Plaintiffs. Because the framework is not conventional, we believe it would be appropriate to obtain the benefit of Your Honor's reaction to same before we proceed further.

# MANDELBAUM SALSBURG

A PROFESSIONAL CORPORATION

The Honorable Laura T. Swain, U.S.D.J.
Page - 2 -
March 26, 2010

Moreover, because of the ongoing settlement discussions between the Eddington Defendants and Plaintiffs, on April 9th we would like to address certain deadlines set forth in the Court's Order of November 13, 2009, including, but not limited to, the March 30, 2010 deadline for class or collective action motion practice.

Lastly, please be advised that I have oral argument in the Second Circuit at 10:00 a.m. on April 9th (the same time as the conference in this action). I have confirmed that all counsel are available after 1:00 p.m. on April 9th for the conference. Accordingly, because of my scheduling conflict, if Your Honor's schedule permits, we request a new time on April 9th – any time after 1:00 p.m. – for our conference.

Mr. Swartz and I will be available at Your Honor's earliest convenience to discuss the above.

Thank you.

Respectfully submitted,

WILLIAM H. HEALEY

cc:    G. Peter Clark, Esq. (via facsimile)
       Justin M. Swartz, Esq. (via facsimile)

The conference is adjourned to 2:30pm on April 9, 2010.

SO ORDERED.

NEW YORK, NY

WHH/sd
351029

LAURA TAYLOR SWAIN
Mar 29, 2010 UNITED STATES DISTRICT JUDGE