| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Lauren E. Schwartzreich<br>Jennifer L. Liu<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **THE OTTINGER FIRM, PC**<br>Robert Ottinger<br>19 Fulton St., Suite 408<br>New York, NY 10038<br>Telephone: (212) 571-2000 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC DORN, individually and on behalf all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>EDDINGTON SECURITY, INC.; BOVIS LEND LEASE LMB, INC.; and MARK EDDINGTON,<br><br>                Defendants. | No. 08 Civ. 10271 (LTS) |

## CERTIFICATE OF SERVICE

      I, Michelle Leung, under penalties of perjury, certify the following as true and correct: I am not a party to this action and I am over 18 years of age. On this 20th day of July 2010, I caused to be served via First-Class US Mail upon counsel for Defendants, at the designated addresses below, true and correct copies of the foregoing:

1. Notice of Plaintiff's Motion for Preliminary Approval of Class Settlement, Provisional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement and Exhibits 1 and 2;

2. Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Class Settlement, Provisional Certification of the Settlement Class, Appointment of Plaintiff's Counsel, and Approval of Proposed Notice of Settlement;

3. Declaration of Justin M. Swartz in Support of Plaintiff's Motion for Preliminary Approval of Class Settlement, Provisional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement and Exhibits A – C.

Counsel for Defendants:

| | |
|---|---|
| William H. Healey, Esq.<br>Michael A. Saffer, Esq.<br>**Mandelbaum Salsburg, Gold, Lazris &**<br>**Discenza P.C.**<br>155 Prospect Avenue<br>West Orange, NJ 07052 | Peter Clark, Esq.<br>**Kauff McClain & McGuire LLP**<br>950 Third Avenue, 14th Floor<br>New York, NY 10022 |

Dated: July 20, 2010
  New York, New York

By: _____
Michelle Leung,
*Paralegal*
OUTTEN & GOLDEN LLP
3 Park Avenue
New York, NY 10016
Tel.: (212) 245-1000
Fax: (212) 977-4005